**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Nancy Adduci, | |
| **Plaintiff,** | **Case No. 24-cv-7512** |
| **v.** | **The Honorable Franklin U Valderama** |
| **Kimberly Foxx, *et al*.,** | **Judge Presiding** |
| **Defendants.** | |

### MOTION TO FILE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT INSTANTER

Now comes Ms. Nancy Adduci ("Ms. Adduci" or "Plaintiff"), through her undersigned counsel, to move this Honorable Court for leave to file Plaintiff's Response In Opposition To Defendants' Partial Motion To Dismiss Plaintiff's Second Amended Complaint Instanter. In support thereof, Plaintiff states as follows.

1. Defendants filed their Partial Motion to Dismiss Plaintiff's Second Amended Complaint on April 23, 2025. Dkt. 25.

2. On April 29, 2025, this Honorable Court set a briefing schedule on that Motion, giving Plaintiff until May 20, 2025, to reply. Dkt. 28.

3. On May 23, 2025, during a discussion with his client, Plaintiff's Counsel realized that the date for the Plaintiff's Response had been misdiaried as being due next week.

4. Uon realizing his mistake, Plaintiff's Counsel immediately set aside all other work and completed Plaintiff's Response, which was substantially done and awaiting final

1

revisions.

5. Plaintiff's Counsel sincerely apologizes to this Court for his mistake and assures the Court it will not happen again.

6. Plaintiff would be severely prejudiced if this Motion was denied.

7. Defendants would not suffer any prejudice if this Motion was granted.

8. Plaintiff's Counsel did not reach out to Counsel for Defendants for his position on this motion as it was after the close of business on a holiday weekend when Plaintiff's Response was completed.

9. Wherefore, Plaintiff respectfully requests that this Court enter an order permitting the filing of Plaintiff's Response (attached as Exhibit 1) Instanter.

Respectfully submitted,

By: /s/ Robert Robertson
One North LaSalle, Suite 300
Chicago, Illinois 60602
(312) 223-8600
robrobertson1@sbcglobal.net
*Attorney for Plaintiff*